# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alberto Villescas

                **V.**                              **JUDGMENT IN A CIVIL CASE**

B. Morris

                                            **CASE NUMBER:**    06cv166 W (PCL)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby adopts the Report & Recommendation in part, grants Morris' motion to dismiss, and modifies the Report & Recommendation to dismiss the case with prejudice.

| July 27, 2007 | W. Samuel Hamrick, Jr. |
|:---:|:---:|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON July 27, 2007 |